IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NEW CINGULAR WIRELESS PCS, LLC t/a CINGULAR WIRELESS : <br><br> Plaintiff <br><br> vs. <br><br> ZONING HEARING BOARD OF WEISENBERG TOWNSHIP and WEISENBERG TOWNSHIP <br><br> Defendants | CIVIL ACTION NO. 06-2932 |

## ORDER

**AND NOW**, this 29th day of September, 2009, based upon the findings of fact and conclusions drawn therefrom,

**IT IS ORDERED** that judgment is entered for Defendants, Zoning Hearing Board of Weisenberg Township and Weisenberg Township.

BY THE COURT:

/s/ Henry S. Perkin
HENRY S. PERKIN
United States Magistrate Judge